# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| TRAVYS KETO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15-cv-162 |
| ) | |
| HALSTED FINANCIAL SERVICES, LLC, ) | |
| an Illinois limited liability company; PRAN ) | |
| NAVANANDAN, individually; SYED ALI, ) | |
| individually; and CHARLES MCDERMOTT, ) | |
| individually, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, TRAVYS KETO ("Plaintiff"), through his attorney, AGRUSS LAW FIRM, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendants HALSTEAD FINANCIAL SERVIVCES, LLC, et al.

RESPECTFULLY SUBMITTED,

June 15, 2015
By: /s/Mark D. Molner, Esq.
Mark D. Molner, Esq.
SBN: 62189
PRICE LAW GROUP, APC
2210 W. 75th Street
Prairie Village, KS 66208
Phone: (913)529-1474
Fax: (818)205-2730
mark@pricelawgroup.com

## CERTIFICATE OF SERVICE

On June 12, 2015, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Syed Ali, at syed@halstedfinancial.com.

By: /s/Mark D. Molner, Esq.  
Mark D. Molner, Esq.